CLEARY BROS., Inc., Libelant-Appellee, v. Steam Tug MATTIE, Her Engines, etc., Thomas F. Felder, as Receiver, etc., Claimant-Appellant; PILE DRIVER NO. 3, Her Engines, etc., Allen N. Spooner & Son, Inc., Claimant-Appellee.

(Circuit Court of Appeals, Second Circuit. January 23, 1925.)

No. 133.

Appeal from the District Court of the United States for the Eastern District of New York.

Whitman, Ottinger & Ransom, of New York City (Colley E. Williams, of New York City, of counsel), for appellant.

John R. McMullen, of New York City, for appellee.

Duncan & Mount, of New York City (Warner Pyne, of New York City, of counsel), for Allen N. Spooner & Son, Inc., appellee.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (5 F.[2d] 998) affirmed.